EXHIBIT# 1 - FameFlynet, Inc. v. Gannett Satellite Information Network, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 3 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: FFN_Hayek_Salma_EXC_FF8FF13_103114_51572699.jpg<br>Date Taken: 10/31/2014<br>Photo Description: Actress Salma Hayek shoots a photo shoot in Los Angeles, Ca.<br>Copyright Application Date: 11/16/2014<br>Application Number: 1-1902500442<br>Copyright Registration Date: 11/16/2014<br>Registration Number: VA0001931274 | Domain: www.lavozarizona.com<br>URL: http://www.lavozarizona.com/story/entertenimiento/2014/11/06/salma-hayek-escote-fotos/18607711/<br>Observed Date: 12/01/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 3** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: FFN_Hayek_Salma_EXC_FF8FF13_103114_51572699.jpg<br>Date Taken: 10/31/2014<br>Photo Description: Actress Salma Hayek shoots a photo shoot in Los Angeles, Ca.<br>Copyright Application Date: 11/16/2014<br>Application Number: 1-1902500442<br>Copyright Registration Date: 11/16/2014<br>Registration Number: VA0001931274 | Domain: www.lavozarizona.com<br>URL: http://www.lavozarizona.com/story/entertenimiento/2014/11/06/salma-hayek-escote-fotos/18607711/<br>Observed Date: 12/01/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#3 OF 3** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: FFN_Braga_Ana_TAC_exc_112414_51593955.jpg<br>Date Taken: 11/24/2014<br>Photo Description: Brazilian model Ana Braga enjoys a day on the beach in Miami, Florida on November 24, 2014.<br>Copyright Application Date: 01/13/2015<br>Application Number: 1-2056034372 | Domain: www.thebiglead.com<br>URL: http://thebiglead.com/2014/11/26/jurassic-world-movie-trailer-driver-plows-ferguson-protestors-in-minneapolis/ana-braga/<br>Observed Date: 12/11/2014 |  |

x

04/20/2015 09:05:10