# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMEFLYNET, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:15−cv−02907−ODW−AJW<br><br>**NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS** |

TO:  COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3−1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U.S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO 121) in copyright matters.

  **Counsel**: Please complete the necessary form and electronically file within ten (10) days.

Clerk, U.S. District Court

 April 21, 2015   By  /s/ *Edwin Sambrano*
   Date     Deputy Clerk

**Note: Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

CV−31 (08/13)   NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS