# United States District Court
# Central District of California

| | |
|---|---|
| FAMEFLYNET, INC., <br><br> Plaintiff, <br><br> v. <br><br> GANNETT SATELLITE INFORMATION NETWORK, INC., <br><br> Defendant. | Case No. 2:15-cv-02907-ODW-AJW <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 13), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **October 1, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 1, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**